IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JARED MUTCHIE,<br><br>    Defendant. | 4:24CR3039<br><br><br>**FINAL ORDER OF FORFEITURE** |

    This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Filing No. 36). Having reviewed the record in this case, the Court finds as follows:

    1.    On June 17, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in a .22 caliber Smith and Wesson handgun and .22 caliber ammunition (Filing No. 31).

    2.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on June 19, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on August 21, 2024 (Filing No. 35).

    3.    The United States advises the Court that no party has filed a petition regarding the subject property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

    4.    The Motion for Final Order of Forfeiture should be granted.

    **IT IS ORDERED:**

1. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 36) is granted;
2. All right, title and interest in and to the .22 caliber Smith and Wesson handgun and .22 caliber ammunition seized from the Defendant on or about March 6, 2024, held by any person or entity are forever barred and foreclosed;

3. The .22 caliber Smith and Wesson handgun and .22 caliber ammunition is forfeited to the Government; and
4. The Government is directed to dispose of that property in accordance with the law.

Dated this 20th day of September, 2024.

BY THE COURT:

*Susan M Bazis*
Susan M. Bazis
United States District Judge