IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED MUTCHIE,<br><br>Defendant. | 4:24CR3039<br><br><br><br>**JUDGMENT** |

For the reasons stated in the Memorandum and Order entered on today's date, the defendant's motion to vacate under 28 U.S.C. § 2255 (Filing No. 55) is denied.

Dated this 24th day of October, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge